JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| **ADELE E. SPINAZZOLA,** | No. LA CV 17-06049-VBF-SK |
| Plaintiff-Appellant, | **FINAL JUDGMENT** |
| v. | |
| NANCY BERRYHILL (Commissioner of the Social Security Administration), | |
| Defendant-Appellee. | |

Final judgment is hereby entered in favor of defendant-appellee Commissioner and against plaintiff-appellant Adele E. Spinazzola.

IT IS SO ADJUDGED.

Dated:  March 9, 2018

_Valerie Baker Fairbank_

_____

Honorable Valerie Baker Fairbank
Senior United States District Judge